**EXHIBIT B**

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION |
| COUNTY OF IREDELL | 24 CVS 327 |

NATHANIEL D. ROSE, )
        Plaintiff, )
        v. ) **NOTICE OF REMOVAL**
         ) **TO FEDERAL COURT**
MOORESVILLE POLICE )
DEPARTMENT, )
        Defendant. )

PLEASE TAKE NOTICE that Defendant, Mooresville Police Department, (hereinafter "Defendant") have this day filed a Notice of Removal to Federal Court with the United States District Court for the Western District of North Carolina, Asheville Division, for the removal of this action from Iredell County Superior Court, North Carolina, to the United States District Court for the Western District of North Carolina. A copy of the Notice of Removal to Federal Court, electronically filed with the Federal Court today, is attached hereto as **Exhibit 1**.

This the ____ day of February, 2024.

                                CRANFILL SUMNER LLP

BY:   */s/Jake Steward*
        Jake Steward, State Bar No. 51157
        *Attorney for Defendant*
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300
        Facsimile (704) 332-9994
        jstewart@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** on all of the parties to this cause by:

__X__ Via electronic mail addressed to the attorney for each said party as follows:

Nathaniel D. Rose
151 Waterlynn Drive
Mooresville, NC 28117
629-235-3003
*Pro Se Plaintiff*

This the ___ day of February, 2024.

                                                          CRANFILL SUMNER LLP

                        BY:    /s/*Jake Stewart*_____
                                   Jake Stewart, State Bar No. 51157
                                   Attorney for Defendant
                                   P.O. Box 30787
                                   Charlotte, NC 28230
                                   Telephone (704) 332-8300
                                   Facsimile (704) 332-9994
                                   jstewart@cshlaw.com