IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Case No. 5:24-cv-00072

| | |
|---|---|
| NATHANIEL D. ROSE., | ) |
| Plaintiff, | ) |
| v. | ) |
| MOORESVILLE POLICE DEPARTMENT, | ) **DEFENDANT'S MOTION TO DISMISS** |
| Defendants. | ) |

NOW COMES Defendant Mooresville Police Department, by and through undersigned counsel, and move this Court to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6).

Plaintiff has failed to state a claim upon which relief can be granted and this Court lacks jurisdiction as the Mooresville Police Department is not a cognizable legal entity capable of suit. Accordingly, Plaintiff's claims against Mooresville Police Department fail as a matter of law and the Court should dismiss those claims with prejudice.

This the 7th day of March, 2024.

                                          CRANFILL SUMNER LLP

                                          BY: */s/Jake W. Stewart*

Jake W. Stewart, NC Bar # 51157
*Attorney for Defendants*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
jstewart@cshlaw.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing ***Motion to Dismiss*** with the Clerk of Court using the CM/ECF system and will send notification through the U.S. mail and electronic mail of such filing to the following:

*Nathaniel D. Rose*
151 Waterlynn Drive
Mooresville, NC 28117
*Pro Se Plaintiff*

This the 7th day of March, 2024.

                CRANFILL SUMNER LLP

BY:    */s/Jake W. Stewart*
        Jake W. Stewart, NC Bar # 51157
        *Attorney for Defendants*
        P.O. Box 30787
        Charlotte, NC 28230
        Telephone (704) 332-8300
        Facsimile (704) 332-9994
        jstewart@cshlaw.com